**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| ANGELA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18CV43 HEA |
| | ) | |
| MISSOURI DEPT. OF CORR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon defense counsel's filing of defendant Joshua Mole's and defendant Jack Wright's last known addresses. [Doc. #20] As plaintiff is proceeding in forma pauperis, the Court will order the Clerk of Court to effectuate service of process through the United States Marshal's Office. A copy of the summons and return of summons shall be filed under seal and will not be served on plaintiff, as these documents will contain defendants' last known home addresses.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint as to defendants Joshua Moles and Jack Wright in their individual capacities. Service shall be effectuated at the addresses provided by defense counsel in his response to the Court's January 29, 2019 Memorandum and Order.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed.R.Civ.P. 4. *See* 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendants' last known home addresses.

Dated this 4th day of February, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE