# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| ANGELA L. MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18CV43 HEA |
| MISSOURI DEPT. OF CORR., et al., | ) ) ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

On March 1, 2019, summons for defendant Jack Wright was returned unexecuted for the second time in this action. The first time, the Missouri Attorney General's Office refused to waive service with respect to defendant Wright, noting that he no longer worked for the Missouri Department of Corrections. [Doc. #12]. The second time, the U.S. Marshal's Office was unable to attain service on defendant Wright at his last known address provided by the Missouri Attorney General's Office. [Doc. #19, #21 and #23]. Consequently, service cannot be effectuated on defendant Wright until plaintiff provides the Court with an updated address for this defendant.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **twenty-one days from the date of this Memorandum and Order**, plaintiff shall provide the Court with an address at which service can be effectuated on defendant Jack Wright. Plaintiff's failure to do so will result in a dismissal of this action against defendant Wright, without prejudice.

Dated this 5th day of March, 2019

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE