# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18CV43 HEA |
| | ) | |
| MISSOURI DEPT. OF CORR., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. The Court directed the United States Marshal's Office to serve defendant Joshua L. Moles with summons in this matter on February 4, 2019, at an address provided by the Missouri Attorney General's Office, *in camera* and under seal. Although service appeared to have been accomplished on February 11, 2019, by leaving the complaint and summons at the place of residence with an individual over the age of 18 who claimed to be a resident, no answer has yet been filed on behalf of Mr. Moles. As such, the Court will order that alias summons be issued to the same address, with service to be effectuated on Mr. Moles directly by the U.S. Marshals. A copy of the summons and return of summons shall be filed under seal and will not be served on plaintiff, as these documents will contain defendant's last known home address.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue alias summons on the complaint as to defendant Joshua Moles in his individual capacity. Service shall be effectuated by the U.S. Marshal's Office with specific instructions that the summons shall be given directly to Mr.

Moles. Service shall be done at the address provided by defense counsel in his response to the Court's January 29, 2019 Memorandum and Order.

**IT IS FURTHER ORDERED** that a copy of the summons and return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendant's last known home address.

Dated this 19th day of July, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE